THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

AHERN RENTALS, INC.,

        Plaintiff,

   v.

TRAVIS MENDENHALL, *et al.*,

        Defendants.

CASE NO. C20-0542-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the United States Judicial Panel on Multidistrict Litigation's ("MDL Court") conditional remand order (Dkt. No. 53). It appears, from that order, that the parties have briefed issues for summary judgment, and that the related motion(s) are now ripe for this Court's consideration. Accordingly, the parties are INSTRUCTED to refile all summary judgment motions and related briefing, previously made to the MDL Court, with this Court. Relatedly, the Court STAYS any and all case management deadlines in this matter. The Court will set new deadlines following disposition of the pending summary judgment motion(s).

//

//

//

DATED this 20th day of February 2025.

<u>Ravi Subramanian</u><br>
Clerk of Court<br>
<br>
<u>s/Kathleen Albert</u><br>
Deputy Clerk