The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AHERN RENTALS, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TRAVIS MENDENHALL, an individual, and EQUIPMENTSHARE.COM INC., a Delaware corporation,<br><br>　　　　　　Defendants. | No. 2:20-cv-00542-JCC<br><br>**STIPULATED MOTION AND [~~PROPOSED~~] ORDER REGARDING PENDING SETTLEMENT**<br><br>Note on Motion Calendar:<br>**March 13, 2025** |

**STIPULATED MOTION**

　　Plaintiff Ahern Rentals, Inc. and Defendant Equipmentshare.com Inc. (collectively, the "Parties") hereby notify the Court that a settlement has been reached in the above-captioned matter as part of a global settlement of cases previously consolidated in multidistrict litigation. Counsel for the Parties are in the process of preparing and finalizing the settlement agreement and dismissal documents. The Parties intend to file dismissal documents as soon as practicable, but, given the number of parties and cases involved in the global settlement, respectfully request that the Court allow 45 days to finalize the settlement agreement and file the necessary dismissal papers.

　　Because settlement will eliminate the need for this Court to resolve the summary judgment motion that had been filed in the MDL proceeding, the Parties further request that

STIPULATED MOTION AND [~~PROPOSED~~] ORDER
REGARDING PENDING SETTLEMENT
No. 2:20-cv-00542-JCC – Page 1



ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

the Court vacate that portion of its Minute Order (Dkt. No. 54) directing the Parties to refile all summary judgment motions and related briefing, previously made to the MDL Court, with this Court.

DATED: March 13, 2025.

| | |
|---|---|
| **ARETE LAW GROUP PLLC**<br><br>By: */s/ Jeremy Roller*<br>Jeremy E. Roller, WSBA No. 32021<br>600 University Ave., Suite 2420<br>Seattle, WA 98101<br>Phone: (206) 428-3250<br>Fax:     (206) 428-3251<br>jroller@aretelaw.com<br><br>**BAKER & McKENZIE LLP**<br><br>By: */s/ Kimberly F. Rich*<br>Kimberly F. Rich (*pro hac vice*)<br>Mark D. Taylor (*pro hac vice*)<br>1900 North Pearl St., Suite 1500<br>Dallas, TX 75201<br>Phone: (214) 978-3089<br>Fax:     (214) 978-3099<br>kimberly.rich@bakermckenzie.com<br>mark.taylor@bakermckenzie.com<br><br>By: */s/ Michael E. Brewer*<br>Michael E. Brewer (*pro hac vice*)<br>Two Embarcadero Center, 11th Floor<br>San Francisco, CA 94111<br>Phone: (415) 576-3000<br>Fax:     (415) 576-3099<br>michael.brewer@bakermckenzie.com<br><br>*Attorneys for Defendant Equipmentshare.com Inc.* | **WEINBERG, WHEELER, HUDGINS, GUNN AND DIAL**<br><br>By: */s/ Jeremy R. Alberts*<br>Jeremy R. Alberts, Esq.<br>WA Bar No. 55298<br>6385 S. Rainbow Boulevard, Suite 400<br>Las Vegas, Nevada  89118<br>Telephone:  (702) 938-3838<br>Facsimile:  (702) 938-3864<br>jalberts@wwhgd.com<br><br>*Attorneys for Plaintiff Ahern Rentals, Inc.* |

STIPULATED MOTION AND [~~PROPOSED~~] ORDER
REGARDING PENDING SETTLEMENT
No. 2:20-cv-00542-JCC – Page 2



ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

# [~~PROPOSED~~] ORDER

The Parties are DIRECTED to file dismissal papers within 45 days of the date of this Order or, if settlement documents have not been finalized by that time, to file a joint status report advising the Court of the status of the settlement. The Court further VACATES that portion of its Minute Order (Dkt. No. 54) instructing the Parties to refile all summary judgment motions and related briefing, previously made to the MDL Court, with this Court.

IT IS SO ORDERED.

DATED: March 13, 2025

_____
Hon. John C. Coughenour
United States District Judge

*Presented by:*

**ARETE LAW GROUP PLLC**

By: */s/ Jeremy Roller*
Jeremy E. Roller, WSBA No. 32021
600 University Ave., Suite 2420
Seattle, WA 98101
Phone: (206) 428-3250
Fax:    (206) 428-3251
jroller@aretelaw.com

**BAKER & McKENZIE LLP**

By: */s/ Kimberly F. Rich*
Kimberly F. Rich (*pro hac vice*)
Mark D. Taylor (*pro hac vice*)
1900 North Pearl St., Suite 1500
Dallas, TX 75201
Phone: (214) 978-3089
Fax:    (214) 978-3099
kimberly.rich@bakermckenzie.com
mark.taylor@bakermckenzie.com

STIPULATED MOTION AND [~~PROPOSED~~] ORDER
REGARDING PENDING SETTLEMENT
No. 2:20-cv-00542-JCC – Page 3

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

1
2  By: */s/ Michael E. Brewer*
3  Michael E. Brewer (*pro hac vice*)
   Two Embarcadero Center, 11th Floor
4  San Francisco, CA 94111
   Phone: (415) 576-3000
   Fax:    (415) 576-3099
5  michael.brewer@bakermckenzie.com

6  *Attorneys for Defendant*
7  *Equipmentshare.com Inc.*

STIPULATED MOTION AND [PROPOSED] ORDER
REGARDING PENDING SETTLEMENT
No. 2:20-cv-00542-JCC – Page 4

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused true and correct copies of the foregoing document to be served on all attorneys of record using the automatic notification generated by the CM/ECF system.

Dated this 13th day of March, 2025 in Seattle, Washington.

/s/ Kaila Greenberg
Kaila Greenberg
Legal Assistant

STIPULATED MOTION AND [PROPOSED] ORDER
REGARDING PENDING SETTLEMENT
No. 2:20-cv-00542-JCC – Page 5

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250